1  JOHN BRISCOE (State Bar No. 053223)
2  LAWRENCE S. BAZEL (State Bar No. 114641)
   CHRISTIAN L. MARSH (State Bar No. 209442)
3  BRISCOE IVESTER & BAZEL LLP
   155 Sansome Street, Seventh Floor
4  San Francisco, CA  94104
   Telephone: (415) 402-2700
5  Facsimile:  (415) 398-5630
   lbazel@briscoelaw.net
6  cmarsh@briscoelaw.net

7  Attorneys for Defendant
8  PECO CONTROLS CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*
7/23/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANOUTCHEHR MOVASSATE and JALEH MOVASSATE, Trustees, The Movassate Family Trust, Dated February 5, 2008,<br><br>             Plaintiffs,<br>       v.<br><br>DUDLEY RIDGE PROPERTIES, LLC; PECO CONTROLS CORPORATION; LOST HILLS LLC; COLLIERS INTERNATIONAL ASSET MANAGEMENT, INC.; MARK P. ZAMUDIO; CHRIS C. TWARDUS; and DOES 1 – 100, inclusive,<br><br>             Defendants. | Case No. CV10-02313 JW<br><br>**STIPULATION ALLOWING PECO CONTROLS CORPORATION AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

As permitted under N.D. Civ. L. Rule 6-1(a), plaintiffs Manoutchehr Movassate and Jaleh Movassate, Trustees of the Movassate Family Trust, and defendant Peco Controls Corporation ("Peco") hereby stipulate and agree, by and through their counsel, that Peco's time to respond to the first amended complaint in this case shall be extended to Monday, August 30, 2010.

Dated: July 16, 2010

BRISCOE IVESTER & BAZEL LLP

By: _____
Lawrence S. Bazel
Attorneys for Defendant
PECO CONTROLS CORPORATION

Dated: July 16, 2010

MILLER STARR REGALIA

By: _____
E. David Marks
Attorneys for Plaintiffs
MANOUTCHEHR MOVASSATE and
JALEH MOVASSATE, Trustees,
The Movassate Family Trust

## ATTESTATION

I, Lawrence S. Bazel, am counsel for defendant Peco Controls Corporation and the registered ECF user whose username and password are being used to file this Stipulation Allowing Peco Controls Corporation an Extension of Time to File Responsive Pleading. In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for plaintiffs concurred in this filing.

Dated: July 16, 2010    By: _____

2
STIPULATION ALLOWING PECO CONTROLS CORPORATION AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

CASE NO. CV10-02313 JW