UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANOUTCHERH & JALEH MOVASSATE, TRUSTEES, MOVASSATE FAMILY TRUST,<br><br>Plaintiff,<br>v.<br><br>DUDLEY RIDGE PROPERTIES, LLC, et al.,<br><br>Defendants. | Case No.: 10-CV-02313-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS [DKT. #47] |

Defendants Colliers Parrish International, Inc., Chris Twardus, and Mark Zamudio have filed a motion to dismiss, which is set for hearing on Thursday, January 27, 2011 at 1:30 p.m. The Court finds it appropriate to issue an expedited briefing schedule. Accordingly, Plaintiff's opposition is due by Thursday, December 23, 2010. Any reply is due by Thursday, December 30, 2010.

**IT IS SO ORDERED.**

Dated: December 6, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02313-LHK
ORDER SETTING BRIEFING SCHEDULE

1