United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANOUTCHERH & JALEH MOVASSATE, TRUSTEES, MOVASSATE FAMILY TRUST,<br><br>Plaintiff,<br>v.<br><br>DUDLEY RIDGE PROPERTIES, LLC, et al.,<br><br>Defendants. | Case No.: 10-CV-02313-LHK<br><br>ORDER REGARDING JANUARY 27, 2011 MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

A hearing on certain Defendants' motion to dismiss is scheduled for Thursday, January 27, 2011, with a Case Management Conference to follow.  In the parties' January 14, 2011 Joint Case Management Statement at page 3, Defendant Peco Controls states that it "doubts that the Court has supplemental jurisdiction" over certain state law claims.  The parties should be prepared to discuss whether it is appropriate for the Court to exercise supplemental jurisdiction over Plaintiff's state law claims.  Plaintiff and each set of Defendants may file briefing, not to exceed five pages, that addresses the Court's continuing exercise of supplemental jurisdiction by Monday, January 24, 2011.

**IT IS SO ORDERED.**

Dated: January 19, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge